# United States Court of Appeals for the Fifth Circuit

———————

**No. 23-50024**
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

October 6, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Randy Dominguez,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:18-CR-125-1

———————————————————

Before King, Haynes, and Graves, *Circuit Judges*.

Per Curiam:[*]

Randy Dominguez, federal prisoner # 06262-480, appeals the district court's denial of his motion for compassionate release, filed pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). He argues that the district court abused its discretion by not finding that nonretroactive postsentencing changes to the law constituted an extraordinary and compelling reason for relief, and he

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50024

asserts that the district court erred in its consideration of the 18 U.S.C. § 3553(a) factors.

The district court did not abuse its discretion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020). The district court considered Dominguez's motion, which discussed his rehabilitative efforts, and the record supports its assessment of the § 3553(a) factors; it is therefore unnecessary for us to discuss the parties' arguments regarding Dominguez's showing of extraordinary and compelling reasons for compassionate release. *See United States v. Jackson*, 27 F.4th 1088, 1093 n.8 (5th Cir. 2022); *Ward v. United States*, 11 F.4th 354, 360-62 (5th Cir. 2021); *Chambliss*, 948 F.3d at 693-94.

AFFIRMED.